IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-27-D

PATRICIA E. WRIGHT, )
)
        Plaintiff, )
)
v. ) **ORDER**
)
TYSON FOOD, INC., )
)
        Defendant. )

On May 1, 2018, Patricia E. Wright ("plaintiff") moved for a default judgment [D.E. 18, 19].

On May 21, 2018, Tyson Foods, Inc. responded in opposition [D.E. 21].

Plaintiff's motions [D.E. 18, 19] lack merit and are DENIED. See Fed. R. Civ. P. 55.

SO ORDERED. This 20 day of June 2018.

                                      JAMES C. DEVER III
                                      Chief United States District Judge