UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICIA E. WRIGHT,           )
                              )
          Plaintiff,          )
                              )     **JUDGMENT IN A CIVIL CASE**
v.                            )     **CASE NO. 5:18-CV-27-D**
                              )
TYSON FOODS, INC.,            )
                              )
          Defendant.          )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's motion to dismiss [D.E. 13] is GRANTED.

**This Judgment Filed and Entered on July 2, 2018, and Copies To:**

| | |
|---|---|
| Patricia E. Wright | (Sent to 409 Twin Creeks Dr. Goldsboro, NC 27530 via US Mail) |
| Kevin J. Dalton | (via CM/ECF electronic notification) |

DATE:                         PETER A. MOORE, JR., CLERK

July 2, 2018                  (By) /s/ Nicole Briggeman

                              Deputy Clerk